**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LOUIS SINGLETON, JR.,**<br>             **Plaintiff,** | **CIVIL ACTION** |
| **v.** | |
| **HARBOR FREIGHT MANAGER, et al.,**<br>             **Defendants.** | **NO. 23-CV-1208** |

## ORDER

AND NOW, this 22nd day of September, 2023, upon consideration of Plaintiff Louis

Singleton, Jr.'s Second Amended Complaint (ECF No. 19), it is **ORDERED** that:

1.    The Clerk of Court is **DIRECTED** to correct the docket to reflect that ECF No.

19 is a Second Amended Complaint.

2.    The Second Amended Complaint is **DISMISSED WITH PREJUDICE** for the

reasons stated in the Court's Memorandum.

3.    The Clerk of Court is **DIRECTED** to **CLOSE** this case.


                              **BY THE COURT:**


                              */s/ Wendy Beetlestone*

                              _____
                              **WENDY BEETLESTONE, J.**